Opinion by Brown, J.  In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

No. 44177.—Protests 832433–G, etc., of Armand Schwab & Co., Inc., et al.   (New York).

Opinion by Brown, J.  In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

No. 44178.—Protests 808140–G, etc., of Armand Schwab & Co., Inc. (New York).

Opinion by Brown, J.  In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

No. 44179.—Protests 743905–G, etc., of Louis Marbe Cohn et al. (New York).

Opinion by Brown, J.  In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

No. 44180.—Protests 732623–G, etc., of Bronston Green & Co. et al. (New York).

Opinion by Brown, J.  In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

No. 44181.—Protests 629820–G, etc., of Inter Ocean Millinery Corporation (New York).

Opinion by Brown, J.  In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.